USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO SOTO,

                Petitioner,

v.

JOHN DONELLI, SUPERINTENDENT, BARE HILL CORRECTIONAL FACILITY,

                Respondent.

06 Civ. 5816 (RO)

## ORDER

OWEN, District Judge:

*Pro se* Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 8, 2010, Magistrate Judge Smith issued a Report and Recommendation, recommending that the petition be denied. On August 26, 2010, this case was transferred to this Court.

The Court concurs with the Report and Recommendation of Magistrate Judge Smith, and hereby adopts it as the Order of this Court.

SO ORDERED.

October 26, 2010

                                                      _____
                                                      RICHARD OWEN
                                                      UNITED STATES DISTRICT JUDGE